

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00543-CV

**IN THE MATTER OF THE GUARDIANSHIP OF** Bertha **GUERRERO**,
an Incapacitated Person

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015-PC-1702
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Appointing Permanent Guardian of the Person and Estate and Terminating the Right to Drive is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant Juan Guerrero recover his costs of this appeal from appellee Conch B. Schoenberger.

SIGNED June 15, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice